AUSA: Barbara Lanning  Telephone: (313) 226-9100
Task Force Officer: Michael Klenner  Telephone: (313) 202-3400

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Tivon Jaquess Jr.

Case: 2:25−mj−30753
Assigned To : Unassigned
Assign. Date : 12/11/2025
Description: CMP USA v Jaquess (SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 9, 2025 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. § 922(o) | Illegal Possession of a Machinegun |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*
Michael Klenner, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 11, 2025

*Judge's signature*

City and state: Detroit, MI  Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael Klenner, Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Detective Sergeant (D/SGT) with the Michigan State Police and begun my tenure with MSP on March 1st, 2015. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on July 23, 2025. I am currently assigned to the Detroit Homicide Task Force (HTF), which is comprised of investigators from the Detroit Police Department (DPD), Michigan State Police (MSP) and the ATF.

2. Prior to becoming an ATF TFO, I was a uniform trooper, Detective trooper and a Detective Sergeant, where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations.

3. This affidavit is in support of a criminal complaint and application for an arrest warrant for JAQUESS JR. for felon in possession of a firearm, Title 18 U.S.C. § 922(g)(1); and illegal possession of a machinegun, 18 U.S.C. § 922(o) committed on December 9, 2025.

4. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives, and witnesses. This affidavit is intended to

show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

## **PROBABLE CAUSE**

5. On December 9, 2025, members of the Troy Police Department, assisted by Michigan State Police, executed a search warrant at a house on St. Marys Street in the city of Detroit in connection with an ongoing investigation into a series of car thefts in Metro Detroit.

6. When officers arrived at the St. Marys address, three people were present inside the residence, including JAQUESS JR.

7. During a search of the northeast bedroom, officers located a blue backpack on the floor at the end of the bed. The backpack contained the following:

   a. Two citations issued to JAQUESS JR. (one issued by Detroit Police in September 2025, and one issued by Dearborn Police in September 2025).

   b. A wristband with JAQUESS JR.'s photo and date of birth.

   c. A Michigan Temporary Operator's License belonging to Tivon Andre JAQUESS JR.

   d. A black Glock 27 (SN: VWR294) handgun equipped with a red/black auto sear attached to the slide and an extended 22 round magazine, loaded with 19 .40 caliber rounds.

8. After locating the firearm, detectives interviewed K.H., the homeowner. K.H. explained that she lives at the residence with her young children and JAQUESS JR., and her room is located upstairs. K.H. denied owning a firearm. K.H. stated when police entered the residence, she observed them bringing JAQUESS JR. out of the northeast bedroom.

9. On December 9, 2025, ATF Interstate Nexus Expert S/A Joshua McLean was provided the make and model information related to the .40 Cal Glock pistol seized from JAQUESS JR.'s backpack. S/A McLean concluded the firearm was manufactured outside the state of Michigan and thus would have traveled in and affected interstate or foreign commerce.

10. On December 9, 2025, ATF S/A Kenton Weston reviewed photographs of the .40 caliber Glock pistol recovered from JAQUESS JR.'s backpack. S/A Weston is a graduate of a specialized training course on privately made firearms and machinegun conversion devices. S/A Weston has provided instructions to both state, local and federal law enforcement agencies regarding the identification and prosecution of machinegun conversion device cases.

11. Based on his review of the firearm, and his training and experience regarding machineguns and machinegun conversion devices, ATF S/A Weston's opinion was that the Glock pistol located in JAQUESS JR.'s backpack appears to be equipped

3

with a machinegun conversion device and is itself a machinegun as defined in the National Firearms Act (NFA), 26 U.S.C. section 5845 (a).

12. On December 9, 2025, an ATF Industry Operations Intelligence Specialist queried JAQUESS JR. for any National Firearms Registration and Transfer Records, the results indicated JAQUESS JR. does not have any NFA firearms registered to him.

13. I reviewed records related to JAQUESS JR.'s criminal history and learned that on December 6, 2022, JAQUESS JR. was indicted on one count of possession of a stolen firearm in the United States District Court for the Eastern District of Michigan. (22 CR-20650). On May 16, 2023, JAQUESS JR. pleaded guilty as charged. JAQUESS JR. was subsequently sentenced to 14 months' incarceration, followed by a term of supervised release. JAQUESS JR. is currently on supervision for this offense.

14. I also spoke with an agent from US Probation and learned that on November 22, 2023, JAQUESS JR. signed a judgment order acknowledging that he could not own, possess, or access firearms and ammunition.

## CONCLUSION

15. Probable cause exists that Tivon JAQUESS JR., a convicted felon, was in possession of a firearm equipped with a machinegun conversion device (a

machinegun) manufactured outside the state of Michigan, in violation of Title 18, U.S.C. §§ 922(g)(1) and 922(o).

                                                                        _____
                                                                        Michael Klenner
                                                                        ATF Task Force Officer

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HONORABLE ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE


Date:  December 11, 2025

5